IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE STEAK UMM COMPANY, LLC | : | CIVIL ACTION |
|     **Plaintiff** | : | |
| | : | |
| v. | : | NO. 09-2857 |
| | : | |
| STEAK 'EM UP, INC. | : | |
|     **Defendant** | : | |

**O R D E R**

**STENGEL, J.**

**AND NOW,** this 29th day of October, 2009, upon careful consideration of the defendant's motion to strike (Document # 7) IT IS **HEREBY ORDERED** that the motion is **DENIED.**

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.