IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE STEAK UMM COMPANY, LLC, | : | CIVIL ACTION |
| **Plaintiff** | : | |
| | : | NO. 09-2857 |
| | : | |
| STEAK 'EM UP, INC., | : | |
| **Defendant** | : | |

**O R D E R**

    **AND NOW,** this   23rd  day of August, 2011, upon careful consideration of the parties' motions for summary judgment, IT IS HEREBY ORDERED that:

1. The plaintiff's motion for summary judgment (Document No. 45) is **DENIED.**

2. The defendant's motion for summary judgment (Document No. 46) is **GRANTED in part** and **DENIED in part** as follows:

   a. The defendant's motion is **DENIED** as to Counts One and Two of plaintiff's complaint.

   b. The defendant's motion is **GRANTED** as to Count Three of plaintiff's complaint.

   c. The defendant's motion is **GRANTED** as to plaintiff's claims for actual damages, treble damages, an accounting of profits, and attorneys' fees.

3. The defendant's motion for leave to file excess pages (Document No. 51) is **DENIED as moot.**

                                                BY THE COURT:

                                                 /s/ Lawrence F. Stengel
                                                LAWRENCE F. STENGEL, J.