# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THE STEAK UMM COMPANY, LLC,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 09-2857 |
| | : | |
| **STEAK 'EM UP, INC.,** | : | |
| Defendant. | : | |

### O R D E R   O F   J U D G M E N T

**AND NOW,** this 11th day of April, 2012, following a bench trial in this action, and in accordance with my findings of fact, conclusions of law, and discussion contained in my memorandum (Doc. No. 88), and in accordance with Federal Rule of Civil Procedure 58, judgment is hereby entered on behalf of the Defendant, Steak 'Em Up, Inc., and against the Plaintiff, The Steak Umm Company, LLC.

                                                       BY THE COURT:

                                                      /s/ *Lawrence F. Stengel*
                                                      LAWRENCE F. STENGEL, J.